**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE, <br><br> *Plaintiffs*, <br><br>      v. <br><br> FEDERAL TRADE COMMISSION and LINA KHAN, in her official capacity, <br><br> *Defendants*. | **Case No.  6:24-cv-00148** |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and related standing orders in the United States District Court for the Eastern District of Texas, Tyler Division, plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce make the following disclosures:

1.      Plaintiff Chamber of Commerce of the United States of America ("the Chamber") states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia.  The Chamber has no parent organization, and no publicly held company has 10% or greater ownership of the organization.  The Chamber represents thousands of businesses who have noncompete agreements and are financially interested in the outcome

of the case.  The Chamber will promptly file a supplemental statement if any required information changes.

2.      Plaintiff Business Roundtable states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia.  The Business Roundtable has no parent organization, and no publicly held company has 10% or greater ownership of the organization.  Members of the Business Roundtable are CEOs of major United States companies, many of which have noncompete agreements and are financially interested in the outcome of the case.  The Business Roundtable will promptly file a supplemental statement if any required information changes.

3.      Plaintiff Texas Association of Business ("TAB") states that it is a non-profit, tax-exempt organization incorporated in Texas.  The TAB has no parent organization, and no publicly held company has 10% or greater ownership of the organization.  The TAB represents Texas employers and workers who are financially interested in the outcome of this case.  The TAB will promptly file a supplemental statement if any required information changes.

4.      Plaintiff Longview Chamber of Commerce ("Longview Chamber") states that it is a non-profit, tax-exempt organization incorporated in Texas.  The Longview Chamber has no parent organization, and no publicly held company has 10% or greater ownership of the organization.  The Longview Chamber represents 1,000 businesses and professional organizations in Gregg County and 11 adjacent counties.  Many of its members have noncompete agreements and are financially interested in the outcome of this case.  The Longview Chamber will promptly file a supplemental statement if any required information changes.

Dated:  April 24, 2024


U.S. CHAMBER LITIGATION
CENTER
Jordan Von Bokern (*pro hac vice pending*)
Tyler S. Badgley (*pro hac vice pending*)
1615 H Street NW
Washington,  D.C.  20062
Tel:  (202) 463-5337
jvonbokern@uschamber.com
tbadgley@uschamber.com

BUSINESS ROUNDTABLE
Liz Dougherty (*pro hac vice pending*)
1000 Maine Avenue SW
Washington, DC 20024
202-872-1260
ldougherty@brt.org

 */s/ Michael E. Jones*
Michael E. Jones
(Texas Bar No.: 10929400)
Shaun W. Hassett
(Texas Bar No.: 24074372)
POTTER MINTON, PC
102 North College
Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Jeffrey B. Wall (*pro hac vice pending*)
Judson O. Littleton (*pro hac vice pending*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006-5215
Tel:  (202) 956-7000
wallj@sullcrom.com
littletonj@sullcrom.com


*Counsel for Plaintiffs Chamber of
Commerce of the United States of America,
Business Roundtable, Texas Association of
Business, and Longview Chamber of
Commerce*