## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE,<br><br>      *Plaintiffs*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION and LINA KHAN in her official capacity as Chair of the Federal Trade Commission,<br><br>      *Defendants.* | Case No. 6:24-cv-00148 [JCB] |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce file this Notice of Designation of Lead Counsel and hereby notify the Court that Jeffrey B. Wall should be designated as lead counsel for Plaintiffs in the above captioned case.

Dated:  April 26, 2024

Respectfully submitted:

 /s/ *Michael E. Jones*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN.: 24074372)
POTTER MINTON, PC
102 North College Avenue
Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Jordan L. Von Bokern
Tyler S. Badgley
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, D.C.  20062
Tel:  (202) 463-5337
jvonbokern@uschamber.com
tbadgley@uschamber.com

Liz Dougherty*  
BUSINESS ROUNDTABLE  
1000 Maine Avenue SW  
Washington, DC 20024  
202-872-1260  
ldougherty@brt.org  

* *Pro hac vice pending*

Jeffrey B. Wall  
Judson O. Littleton  
SULLIVAN & CROMWELL LLP  
1700 New York Avenue, N.W.  
Washington, D.C.  20006-5215  
Tel: (202) 956-7000  
wallj@sullcrom.com  
littletonj@sullcrom.com  

*Counsel for Plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce*