## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>Defendants. | Case No. 6:24-cv-00148 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Limit Relief to Plaintiffs' Identified Members, or in the Alternative, Transfer Venue under the First-to-File Rule, Defendants' motion is HEREBY GRANTED.

Any relief in this matter shall be limited to Plaintiffs' specifically identified members.

SO ORDERED.