UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION and LINA KHAN in her official capacity as Chair of the Federal Trade Commission,<br><br>*Defendants*. | Case No. 6:24-cv-00148 [JCB] |

**NOTICE**

Pursuant to the Court's May 3 Order, ECF No. 27, Plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce file this Notice to notify the Court that on May 9, 2024, the court in *Ryan, LLC* v. *Federal Trade Commission*, No. 3:24-cv-00986 (N.D. Tex.), granted their motion to intervene in that case. *See* Order, *Ryan, LLC*, No. 3:24-cv-00986 (N.D. Tex. May 9, 2024), ECF No. 34.

Dated:  May 10, 2024

Respectfully submitted:

 /s/ *Michael E. Jones*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN.: 24074372)
POTTER MINTON, PC
102 North College Avenue
Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Jordan L. Von Bokern (*pro hac vice*)
Tyler S. Badgley (*pro hac vice*)
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, D.C.  20062
Tel:  (202) 463-5337
jvonbokern@uschamber.com
tbadgley@uschamber.com

Jeffrey B. Wall (*pro hac vice*)
Judson O. Littleton (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006-5215
Tel:  (202) 956-7000
wallj@sullcrom.com
littletonj@sullcrom.com

Liz Dougherty (*pro hac vice*)
BUSINESS ROUNDTABLE
1000 Maine Avenue SW
Washington, DC 20024
202-872-1260
ldougherty@brt.org

*Counsel for Plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce*